
# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID E. GOLFE,

    Petitioner,

v.                                     CASE NO. 4:13cv437-RH/CAS

MICHAEL CREWS,

    Respondent.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF No. 8. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. This case is transferred to the United States District Court for the Southern District of Florida. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on September 15, 2013.

                                          s/Robert L. Hinkle
                                          United States District Judge